# EXHIBIT C

US00D323643S

## United States Patent [19]

### Lee

[11] Patent Number: Des. 323,643

[45] Date of Patent: ⁎⁎ Feb. 4, 1992

[54] **CONNECTOR**

[75] Inventor: Noel Lee, Daly City, Calif.

[73] Assignee: Monster Cable Products, Inc., South San Francisco, Calif.

[**] Term: **14 Years**

[21] Appl. No.: **436,444**

[22] Filed: **Nov. 14, 1989**
[52] U.S. Cl. .................................................. **D13/133**
[58] Field of Search ............. D13/133; 439/309, 491, 439/581, 584, 587, 595, 669, 693, 755, 851

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D. 241,341 | 9/1976 | Oxley .................................. D13/133 |
| D. 277,593 | 2/1985 | Kono ............................... D13/133 X |
| 3,639,889 | 2/1972 | Komadina ........................ 439/675 X |
| 3,783,484 | 1/1974 | Ransford, III ................... 439/359 X |
| 4,270,832 | 6/1981 | Tanabe ............................ 439/578 X |
| 4,917,630 | 4/1990 | Hubbard .............................. 439/578 |
| 4,932,897 | 6/1990 | Lee et al. ............................. 439/578 |

#### FOREIGN PATENT DOCUMENTS

0269180  6/1984  Netherlands ........................ 439/851

#### OTHER PUBLICATIONS

Connector identified by circled letters "A" and B on p. 169 of *Allied Catalog* No. 856, 1986.
Adapter connectors on p. 31 of *Radio Shack Catalog* No. 419, 1988.

*Primary Examiner*—Susan J. Lucas
*Assistant Examiner*—J. Sincavage
*Attorney, Agent, or Firm*—Rosen, Dainow & Jacobs

[57] **CLAIM**

The ornamental design for a connector, as shown and described.

#### DESCRIPTION

FIG. 1 is a perspective view of a connector showing my new design;
FIG. 2 is a side elevational view thereof, the opposite side elevational view and the top and bottom plan views being the same;
FIG. 3 is a front elevational view thereof; and
FIG. 4 is a rear elevational view thereof.





US00D325023S

# United States Patent [19]
## Lee et al.

[11] Patent Number: **Des. 325,023**

[45] Date of Patent: ** Mar. 31, 1992

[54] **CONNECTOR FOR ELECTRICAL SIGNAL TRANSMITTING CABLES**

[76] Inventors: Noel Lee, 47 W. Park Dr., Daly City, Calif. 94015; James D. Hassi, 3619 21st St., San Francisco, Calif. 94114

[**] Term: 14 Years

[21] Appl. No.: **294,500**

[22] Filed: **Jan. 6, 1989**

[52] U.S. Cl. .................................................. **D13/133**

[58] Field of Search ............. D13/133; 439/309, 491, 439/581, 584, 587, 595, 669, 693, 755, 851

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 241,341 | 9/1976 | Oxley | D13/133 |
| D. 277,583 | 2/1985 | Kono | D13/133 X |
| 3,325,767 | 6/1967 | Lancaster | 439/578 |
| 3,340,495 | 9/1967 | Weinschel | 439/578 |
| 3,437,982 | 4/1969 | O'Keefe et al. | 439/578 |
| 3,452,323 | 6/1969 | Bowley et al. | 439/578 |
| 3,639,889 | 2/1972 | Komadina | 439/675 X |
| 3,783,484 | 1/1974 | Ransford, III | 439/359 X |
| 3,845,453 | 10/1974 | Hemmer | 439/578 |
| 3,966,292 | 6/1976 | Schultz | 439/578 |
| 4,045,113 | 8/1979 | Iacono | 439/578 |
| 4,155,619 | 5/1979 | Bray et al. | 439/578 |
| 4,249,790 | 2/1981 | Ito et al. | 439/583 |
| 4,270,832 | 6/1981 | Tanabe | 439/578 X |
| 4,447,108 | 5/1984 | Ghigliotti et al. | 439/851 |
| 4,561,716 | 12/1985 | Acke | 439/578 |
| 4,789,355 | 12/1988 | Lee | 439/584 |
| 4,917,630 | 4/1990 | Hubbard | 439/578 |
| 4,932,897 | 6/1990 | Lee et al. | 439/578 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| A089154 | 5/1967 | France | 439/350 |
| 0269180 | 6/1984 | Netherlands | 439/851 |

OTHER PUBLICATIONS

Connectors identified by circled letters "A" and B on page 169 of *Allied Catalog*, No. 856, 1986. Located in examiner's office.
Adapter Connectors on p. 31 of *Radio Shack Catalog*, No. 419, 1988. Located in examiner's office.

*Primary Examiner*—James M. Gandy
*Assistant Examiner*—J. Sincavage
*Attorney, Agent, or Firm*—Warren B. Kice

[57] **CLAIM**

The ornamental design for a connector for electrical signal transmitting cables, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of a connector for electrical signal transmitting cables showing our new design;
FIG. 2 is a side elevational view thereof, the opposite side being a mirror image;
FIG. 3 is a front elevational view therof; and,
FIG. 4 is a rear perspective view thereof.



**U.S. Patent**  Mar. 31, 1992  **Des. 325,023**



FIG. 1



FIG. 2



FIG. 3



FIG. 4