**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS A. SIMONIAN, | ) Case No.: 10-CV-05544-LHK |
| Plaintiff, | ) |
| v. | ) ORDER REQUESTING STATUTS REPORT |
| MONSTER CABLE PRODUCTS, INC., | ) |
| Defendant. | ) |

16        On September 12, 2011, Congress presented the Leahy-Smith America Invents Act, H.R.

17   1249, 112th Cong. (2011), to the President for signature.  By 9:00 a.m. PST, Thursday, September

18   15, 2011, the parties are ORDERED to file a status report informing the Court how this legislation

19   will affect the present action, and whether and when the parties will stipulate to a dismissal of this

20   case.

21

22   **IT IS SO ORDERED.**

23

24   Dated: September 14, 2011

25                                        LUCY H. KOH
                                          United States District Judge
26
27
28

1

Case No.: 10-CV-05544-LHK
ORDER REQUESTING STATUS REPORT