**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS A. SIMONIAN, | Case No.: 10-CV-05544-LHK |
| Plaintiff, | ORDER REQUESTING STATUTS REPORT |
| v. | |
| MONSTER CABLE PRODUCTS, INC., | |
| Defendant. | |

On September 12, 2011, Congress presented the Leahy-Smith America Invents Act, H.R. 1249, 112th Cong. (2011), to the President for signature. By 9:00 a.m. PST, Thursday, September 15, 2011, the parties are ORDERED to file a status report informing the Court how this legislation will affect the present action, and whether and when the parties will stipulate to a dismissal of this case.

**IT IS SO ORDERED.**

Dated: September 14, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05544-LHK
ORDER REQUESTING STATUS REPORT