UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS A. SIMONIAN, | Case No.: 10-CV-05544-LHK |
| Plaintiff, | ORDER STAYING ACTION |
| v. | |
| MONSTER CABLE PRODUCTS, INC., | |
| Defendant. | |

On September 16, 2011, President Obama signed the Leahy-Smith America Invents Act, H.R. 1249, 112th Cong. (2011), into law.  Pursuant to the parties' stipulation, the case is hereby STAYED for 30 days.

Accordingly, Defendant's pending motion for leave to file a motion for reconsideration, ECF No. 89, is DENIED as MOOT, and the hearing on the motion set for September 22, 2011, is VACATED.

Defendant's pending motions to dismiss, ECF No. 83, is DENIED without prejudice, and the hearing on the motion set for September 22, 2011, is VACATED.  The case management conference set for September 22, 2011, is continued to December 15, 2011.

By Thursday, October 20, 2011, the parties shall either stipulate to a dismissal of this case or Defendant shall file a new motion to dismiss on that date, to be heard on December 15, 2011.  The briefing schedule shall be pursuant to the Civil Local Rules.

For good cause shown, Defendant's motion for David P. Sanders, Benjamin J. Bradford, and Olivia T. Luk of the law firm Jenner & Block LLP to withdraw as counsel for Defendant Monster Cable Products, Inc., ECF No. 87, is GRANTED.

1  **IT IS SO ORDERED.**

3  Dated: September 19, 2011

_____
LUCY H. KOH
United States District Judge