Attorneys for Plaintiff THOMAS A. SIMONIAN:

Vinh H. Pham (Bar No. 240775)
  vpham@watsonrounds.com
WATSON ROUNDS
1 Market Street
Steuart Tower – Suite 1600
San Francisco, California  94105
Tel: (408) 982-6101; Fax: (440) 540-3356

Martin Goering (Pro Hac Vice)
  mgoering@emcpc.com
EUGENE M. CUMMINGS, P.C.
1 N Wacker Dr., Suite 4130
Chicago, Illinois 60606
Tel: (312) 984-0144; Fax: (312) 984-0146

Joseph M. Vanek (Pro Hac Vice)
  jvanek@vaneklaw.com
John P. Bjork (Pro Hac Vice)
  jbjork@vaneklaw.com
VANEK, VICKERS & MASINI, P.C.
111 S Wacker Dr, Suite 4050
Chicago, Illinois 60606
Tel: (312) 224-1500; Fax: (312) 224-1510

Attorneys for Defendant MONSTER CABLE PRODUCTS, INC.:

Robert W. Payne, Esq. (Bar No. 073901)
Scott J. Allen, Esq. (Bar No. 178925)
Christopher J. Passarelli (Bar No. 241174)
LaRIVIERE, GRUBMAN & PAYNE, LLP
19 Upper Ragsdale Drive
Monterey, CA  93942-3140
Tel: (831) 649-8800; Fax: (831) 649-8835

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| THOMAS A. SIMONIAN,<br><br>Plaintiff,<br><br>vs.<br><br>MONSTER CABLE PRODUCTS, INC.,<br><br>Defendant. | Case No. 5:10-cv-05544-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS**<br><br>Judge:   The Honorable Lucy H. Koh |

WHEREAS on September 16, 2011, President Obama singed the Leahy-Smith America Invents Act, H.R. 1249, 112th Cong. (2011) (the "Act") into law.

WHEREAS the Act amended 35 U.S.C. §292 in a way that limits who may sue under this section to: (a) the United States or (b) a person who has suffered a competitive injury as a result of a violation of section 292.

WHEREAS the Act also provides for a retroactive effect of the amendments to section 292 by stating that: "amendments made by this subsection shall apply to all cases, without exception, that are pending on, or commenced on or after, the date of the enactment of this Act."

WHEREAS Plaintiff Simonian has not suffered a competitive injury as a result of a violation of section 292 and therefore does not have standing to sue Defendant Monster Cable Products, Inc. for a violation of section 292.

NOW, THEREFORE,

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, through their respective counsel, that:

a) Except as specifically provided in b) below, this case is dismissed: (i) without prejudice to the United States' right to refile its own claim under 35 U.S.C. §292 for the penalty provided; (ii) with prejudice to the Plaintiff solely on the basis that the Act has retroactively eliminated Plaintiff's standing to bring a claim under 35 U.S.C. §292 against the Defendant Monster Cable Products, Inc.; and (iii) with each party bearing its own attorneys' fees, costs and expenses.

b) In the event (and only in the event) that the Act (or the portion thereof that pertains to amendments to 35 U.S.C. §292) is held unconstitutional (as retroactively applied to relators like Mr. Simonian, or otherwise), Plaintiff Simonian may reinstate this litigation within 45 days thereof, provided the applicable limitations period has not run.

| | | |
|---|---|---|
| 1 | Dated: September 21, 2011 | |
| 2 | EUGENE M. CUMMINGS, P.C. | LaRIVIERE, GRUBMAN & PAYNE, LLP |
| 3 | BY: /s/ | BY: /s/ |
| 4 | Martin Goering | Robert W. Payne |
| 5 | Attorney for Plaintiff | Attorney for Defendant |
|   | THOMAS A. SIMONIAN | MONSTER CABLE PRODUCTS, INC. |

Filer's Attestation:  I, Vinh Pham, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order.  Pursuant to General Order 45.X.B, I hereby attest that Martin Goering and Robert W. Payne have concurred in this filing.

Dated: September 21, 2011                    By: /s/
                                                                    Vinh Pham

**PURSUANT TO STIPULATION OF THE PARTIES,**

This case is DISMISSED.  The clerk shall close the file.

   **IT IS SO ORDERED.**

Dated: September 22, 2011                    _____
                                                                    Honorable Lucy H. Koh
                                                                    United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Lucy H. Koh]*