Attorneys for Plaintiff THOMAS A. SIMONIAN:

Vinh H. Pham (Bar No. 240775)
  vpham@watsonrounds.com
WATSON ROUNDS
1 Market Street
Steuart Tower – Suite 1600
San Francisco, California 94105
Tel: (408) 982-6101; Fax: (440) 540-3356

Martin Goering (Pro Hac Vice)
  mgoering@emcpc.com
EUGENE M. CUMMINGS, P.C.
1 N Wacker Dr., Suite 4130
Chicago, Illinois 60606
Tel: (312) 984-0144; Fax: (312) 984-0146

Joseph M. Vanek (Pro Hac Vice)
  jvanek@vaneklaw.com
John P. Bjork (Pro Hac Vice)
  jbjork@vaneklaw.com
VANEK, VICKERS & MASINI, P.C.
111 S Wacker Dr, Suite 4050
Chicago, Illinois 60606
Tel: (312) 224-1500; Fax: (312) 224-1510

Attorneys for Defendant MONSTER CABLE PRODUCTS, INC.:

Robert W. Payne, Esq. (Bar No. 073901)
Scott J. Allen, Esq. (Bar No. 178925)
Christopher J. Passarelli (Bar No. 241174)
LaRIVIERE, GRUBMAN & PAYNE, LLP
19 Upper Ragsdale Drive
Monterey, CA 93942-3140
Tel: (831) 649-8800; Fax: (831) 649-8835

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| THOMAS A. SIMONIAN,<br><br>            Plaintiff,<br><br>      vs.<br><br>MONSTER CABLE PRODUCTS, INC.,<br><br>            Defendant. | Case No. 5:10-cv-05544-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS**<br><br>Judge:   The Honorable Lucy H. Koh |

WHEREAS on September 16, 2011, President Obama singed the Leahy-Smith America Invents Act, H.R. 1249, 112th Cong. (2011) (the "Act") into law.

WHEREAS the Act amended 35 U.S.C. §292 in a way that limits who may sue under this section to: (a) the United States or (b) a person who has suffered a competitive injury as a result of a violation of section 292.

WHEREAS the Act also provides for a retroactive effect of the amendments to section 292 by stating that: "amendments made by this subsection shall apply to all cases, without exception, that are pending on, or commenced on or after, the date of the enactment of this Act."

WHEREAS Plaintiff Simonian has not suffered a competitive injury as a result of a violation of section 292 and therefore does not have standing to sue Defendant Monster Cable Products, Inc. for a violation of section 292.

NOW, THEREFORE,

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, through their respective counsel, that:

a) Except as specifically provided in b) below, this case is dismissed: (i) without prejudice to the United States' right to refile its own claim under 35 U.S.C. §292 for the penalty provided; (ii) with prejudice to the Plaintiff solely on the basis that the Act has retroactively eliminated Plaintiff's standing to bring a claim under 35 U.S.C. §292 against the Defendant Monster Cable Products, Inc.; and (iii) with each party bearing its own attorneys' fees, costs and expenses.

b) In the event (and only in the event) that the Act (or the portion thereof that pertains to amendments to 35 U.S.C. §292) is held unconstitutional (as retroactively applied to relators like Mr. Simonian, or otherwise), Plaintiff Simonian may reinstate this litigation within 45 days thereof, provided the applicable limitations period has not run.

1  Dated: September 21, 2011

2  EUGENE M. CUMMINGS, P.C.                    LaRIVIERE, GRUBMAN & PAYNE, LLP

3  BY:_____/s/_____             BY:_____/s/_____
           Martin Goering                              Robert W. Payne
4

5  Attorney for Plaintiff                      Attorney for Defendant
   THOMAS A. SIMONIAN                          MONSTER CABLE PRODUCTS, INC.
6

7

8

9
        Filer's Attestation:  I, Vinh Pham, am the ECF User whose identification and password
10
   are being used to file this Joint Stipulation and [Proposed] Order.  Pursuant to General Order
11
   45.X.B, I hereby attest that Martin Goering and Robert W. Payne have concurred in this filing.
12

13
   Dated: September 21, 2011                   By:_____/s/_____
14                                                      Vinh Pham

15

16

17

18 **PURSUANT TO STIPULATION OF THE PARTIES,**

19
   This case is DISMISSED.  The clerk shall close the file.
20
        **IT IS SO ORDERED.**
21

22

23

24  Dated: __September 22__, 2011              _____/s/ Lucy H. Koh_____
                                                Honorable Lucy H. Koh
25                                              United States District Court

26

27    [SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]
      IT IS SO ORDERED AS MODIFIED
28    Judge Lucy H. Koh

                                          - 3 -              Case No. 5:10-cv-05544-LHK
                                          Joint Stipulation and [Proposed] Order to Dismiss